```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LUIS MARROQUIN, on behalf of
herself and all other persons
similarly situated,

                Plaintiff,

      -against-

723 EDIBLES, INC. d/b/a TSQ BRASSERIE,
and JOSEPH BENMOHA and SOLOMON
BENMOHA, individually,

                Defendants.
------------------------------------------------------------------X

21-CV-7566 (PGG) (KHP)

**ORDER CONVERTING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, January 25, 2022, at 10:45 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
               January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge