IRA DANIEL TOKAYER, ESQ.
Attorney at Law
420 Lexington Avenue, Suite 2400
New York, New York 10170
TEL: (212) 695-5250
FAX: (212) 695-6450
imtoke@mindspring.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2022
```

**MEMO ENDORSED**

May 18, 2022

Hon. Kathleen H. Parker
United States District court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: Marroquin v. 723 Edibles, Inc., et al., 21 Civ. 07566 (PGG) (KHP)

Dear Magistrate Judge Parker:

I am the attorney for defendant Joseph Benmoha in the above-referenced action. On May 9, 2022, Your Honor granted the parties' application and scheduled a conference for May 25, 2022. By this letter, defendant requests an adjournment of the conference as I am scheduled to be on trial the week of May 23, 2022, in the Supreme Court of New York in a matter entitled Kerman v. Lazaroff, Kings County Index No. 512448/2017. In addition, Mr. Benmoha will be traveling and unavailable until June 13, 2022. On that date, an arbitration is currently scheduled to commence in a related matter for which we have reserved three (3) days, although in an email to the arbitrator, dated May 17, 2022, claimant indicated his intent to dismiss the arbitration. No previous requests for an adjournment have been made. I have spoken with plaintiff's attorney who does not oppose this request for an adjournment.

Thank you for your consideration.

Very truly yours,

/s/
Ira Daniel Tokayer

cc: All Counsel (via ECF)

---

**APPLICATION GRANTED:** The Status Conference in this matter scheduled on Wednesday, May 25, 2022 at 11:00 am in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, June 30, 2022 at 10:15 a.m.** In addition to counsel for the parties, both the named Plaintiff, Luis Marroquin, and the Defendant, Joseph Benmoha, must attend.

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.    05/18/2022