USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/29/2022

**MEMO ENDORSED**

June 28, 2022

<u>Via ECF</u>
Hon. Kathleen Parker
United States District Court
New York, New York 10007

      Re:    *Marroquin v. 723 Edibles, Inc. et al.*
               21-cv-07566 (PGG)

Dear Judge Parker:

      The parties write jointly to inform the Court that the parties have reached a settlement in principle and are in the process preparing settlement agreements.

      <u>The parties jointly request that the Court order the parties to provide a settlement agreement pursuant to *Cheeks* no later than July 18, 2022.</u>

      <u>As the parties have reached a settlement in principle, the parties also jointly request that the Court adjourn this week's status conference.</u>

                                   Respectfully submitted,

                                    */s Jacob Aronauer*
                                    Jacob Aronauer
                                    *Attorney for Plaintiff*

cc:    <u>Via ECF</u>
        *All attorneys on record*

---

**APPLICATION GRANTED:**  In light of the parties' representation that they have settled this matter, the Status Conference scheduled for <u>June 30, 2022</u> is hereby adjourned sine die.  Counsel shall submit a settlement agreement pursuant to *Cheeks* by <u>July 18, 2022.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.
06/29/2022