USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS MARROQUIN, on behalf of
herself and all other persons
similarly situated,

                      Plaintiff,                           21-CV-7566 (PGG) (KHP)

      -against-                              **ORDER ADJOURNING STATUS**
                                                               **CONFERENCE**

723 EDIBLES, INC. d/b/a TSQ BRASSERIE,
and JOSEPH BENMOHA and SOLOMON
BENMOHA, individually,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Settlement Agreement filed on August 1, 2022 (doc. no 59) the Status Conference currently scheduled for **August 24, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                August 2, 2022

                                                         _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge