UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

LUIS MARROQUIN, on behalf of himself, and all others similarly situated,

                Plaintiff,

            v.

723 EDIBLES, INC. d/b/a TSQ BRASSERIE, and JOSEPH BENMOHA and SOLOMON BEHMOHA, individually,

                Defendants.
----------------------------------------------------------------------x

Civ. No.: 21-cv-07566 (PGG)(KHP)

**STIPULATION**

WHEREAS, Plaintiff Luis Marroquin, Amado Ariza and Esteban Policarpo ("Plaintiffs") filed a request on October 11, 2023 for the Court to enter judgment against Defendants; and

WHEREAS, Plaintiffs and 723 Edibles, Inc. and Solomon Benmoha ("Defendants") have resolved all issues concerning the parties' settlement;

It is now therefore agreed that:

Plaintiffs' request to enter judgment against is hereby deemed withdrawn, and the parties agree the Court should close this case, with all parties responsible for their own attorneys' fees and costs.

Date:   Melville, New York
          December 18, 2023

| | |
|---|---|
| LAW OFFICES OF JACOB ARONAUER<br>*ATTORNEYS FOR PLAINTIFFS*<br>250 Broadway, Suite 600<br>New York, New York 10007<br>(212) 323-6980<br><br>By:  s/*Jacob Aronauer*<br>     Jacob Aronauer, Esq.<br>Dated:  December 18, 2023 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By:  s/*Brian Shenker*<br>     Brian Shenker, Esq.<br>Dated:  December 18, 2023 |

4883-7924-4439, v. 1